

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-147-BLG-SPW-02 |
| Plaintiff, | |
| vs. | ORDER |
| CHARITY LEIGH MENDONSA, GARY LEE QUIGG, and DUSTY WHITEHOUSE. | |
| Defendants. | |

Before this Court is Defendant Gary Quigg's Motion for Status Hearing and Motion for Allocation of Additional Defense Resourses (sic). (Doc. 80). Since his arraignment on January 5, 2016, Quigg has elected to proceed with counsel. Despite having counsel, however, Quigg filed the current motion pro se. Through this pro se filing, Quigg engages in hybrid representation without first seeking this Court's permission. *See United States v. Klee*, 494 F.2d 394, 396-97 (9th Cir. 1974) (a criminal defendant does not have an absolute right to both self-representation and the assistance of counsel); *see also United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978) (whether to allow hybrid representation remains within the sound discretion of the trial judge). Under such circumstances, "[a] district court has no obligation to entertain pro se motions filed by a represented party." *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001).

1

This Court will not consider motions filed by Quigg personally and declines to consider the motion before the Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Status Hearing and Motion for Allocation of Additional Defense Resourses (sic) (Doc. 80) is DENIED in its entirety.

DATED this 14th day of December 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge