**FILED**

JAN 2 7 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY LEE QUIGG and DUSTY WHITEHOUSE,<br><br>Defendants. | CR 15-147-BLG-SPW-2; -3<br><br>ORDER |

IT IS ORDERED that counsel of record and their staff shall be allowed to bring personal electronic devices, including cell phones and laptops, into the James F. Battin United States Courthouse, in preparation for and during trial of the above-captioned action set to proceed on Monday, January 30, 2017.

Counsel of record are:

Vernon E. Woodward and Cammi J. Woodward
Woodward Law Firm
    Counsel for Defendant Quigg

Lance G. Lundvall
Lundvall Law Firm
    Counsel for Defendant Whitehouse

Bryan R. Whittaker
U.S. Attorney's Office
Helena, Montana

Zeno Baucus and
Brendan P. McCarthy
U.S. Attorney's Office
Billings, Montana
    Counsel for the Government

Counsel are cautioned that cell phones must be turned off during court proceedings.

DATED this 27th day of January, 2017.

                                                                *Susan P. Watters*
                                                                 SUSAN P. WATTERS
                                                                 U.S. District Judge