UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 30 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-147-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| GARY LEE QUIGG, DUSTY WHITEHOUSE, | |
| Defendants. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 30th day of January, 2017.

Susan P. Watters
Honorable Susan P. Watters
United States District Judge