

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GARY LEE QUIGG,<br><br>   Defendant. | CR 15-147-BLG-SPW-2<br><br>ORDER |

At the request of the U.S. Probation Officer in the above-entitled matter,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, June 8, 2017 at 9:30 a.m., is **VACATED** and reset to commence on **Friday, June 30, 2017 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **June 9, 2017.**

1

2. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **June 16, 2017.** Absent good cause shown, sentencing memoranda and supporting documents filed after June 16, 2017 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

3. Responses to sentencing memoranda shall be filed on or before **June 23, 2017**.

4. Reply briefs will not be accepted for filing in sentencing matters.

5. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

6. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 18th day of May, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE