
FILED
DEC 20 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> vs. <br><br> GARY LEE QUIGG and DUSTY WHITEHOUSE, <br><br> Defendants/Movants. | Cause No. CR 15-147-BLG-SPW <br><br> ORDER |

This case comes before the Court on motions to vacate, set aside, or correct the sentence, pursuant to 28 U.S.C. § 2255, filed by Defendant Quigg and Defendant Whitehouse. Both are federal prisoners proceeding pro se. The United States was ordered to submit to the Court certain discovery produced to defense counsel before trial. It now asks the Court to clarify whether it must serve all the discovery, which contains sensitive information, on Quigg and Whitehouse.

Accordingly, IT IS ORDERED that the United States' motion to clarify (Docs. 253, 254) is GRANTED. The United States shall promptly file sensitive discovery *ex parte* and *in camera* and shall serve the remainder on Movants.

DATED December 20th, 2019.

/s/ Susan P. Watters
Susan P. Watters
United States District Court